UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEMETRIS PARDUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   CIVIL ACTION NO. |
| | ) |
| JOHN DOE, | )   3:20-CV-2251-G (BN) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (docket entry 4).  No objections were filed.  The district court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 15, 2020.

_____
A. JOE FISH
Senior United States District Judge